The People of the State of New York, Respondent,
against
Charles Canavan, Appellant.



Appeal from a judgment of the Justice Court of the Town of East Hampton, Suffolk County (Catherine A. Cahill, J.), rendered February 10, 2014. The judgment convicted defendant, after a nonjury trial, of failing to obtain a permit for a mass gathering in violation of East Hampton Town Code § 151-7.




ORDERED that the judgment of conviction is reversed, on the facts, and the accusatory instrument is dismissed.
Defendant, who was alleged in an accusatory instrument to be the event coordinator for a boat party, was charged with violating East Hampton Town Code § 151-7 for failing to obtain a permit for the "mass gathering." After a nonjury trial, the Justice Court found defendant guilty and imposed a fine of $2,000.
Defendant failed to preserve for appellate review his challenge to the legal sufficiency of the evidence supporting his conviction (see CPL 470.05; People v Gray, 86 NY2d 10, 20-21 [1995]; People v Boyle, 289 AD2d 251 [2001]), and we decline to review it in the exercise of our interest of justice jurisdiction (see People v Henderson, 120 AD3d 1258 [2014]; People v Bridges, 63 AD3d 752 [2009]). However, in fulfilling our responsibility to conduct an independent review of the evidence (see CPL 470.15), we find that the guilty verdict, based on a determination that defendant was the event coordinator, was against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]; People v Samuels, 130 AD3d 757 [2015]). In view of the foregoing, we pass on no other issues.
Accordingly, the judgment of conviction is reversed and the accusatory instrument is dismissed.
Garguilo, J.P., Iannacci and Brands, JJ., concur.
Decision Date: June 23, 2016